No. 376.  Cooper *v.* O'Connor et al.  May 22, 1939. Motion for leave to file a second petition for rehearing denied.  305 U. S. 673.

Nos. 614 and 615.· Farmers' Loan & Trust Co.,. Trustee, et al. *v.* Bowers, Executor.  May 29, 1939. Motion of the petitioners for a further extension of time within which to file petition for rehearing denied. ·Mr. Justice Reed took no part in the consideration or decision of this application.  See 306 U. S. 648.

No. 510.  Jenkins Petroleum Process Co. *v.* Sinclair Refining Co.  May 29, 1939.  Motion for leave to file a second petition for rehearing denied.  306 U. S. 667.·

· No. 303.  Arthur C. Harvey Co. *v.* United States. May 29, 1939.  Motion for leave to file a second petition for rehearing denied.  305 U. S. 673.

· No. 377.  Cooper *v.* O'Connor et al.  May 29, 1939. Motion for leave to file a·second petition for rehearing denied. ·305 U. S. 673.

No. 899. ·Big Lake. Oil Co. *v.* Commissioner of Internal Revenue.  June 5, 1939.  Motion of petitioner for an extension of time within which to file petition for rehearing denied.

No. 52.  Lilly *v.* Smith, Collector of Internal Revenue. ·June 5, 1939.  Motion for leave to file petition for rehearing denied.  305 U. S. 604.